07-744SLR   12-06-07

US- District Court
 District of Delaware
Office of the Clerk:
Elliott v. Family Court, of the State of Delaware

1:07-CV-744-UNA -(SLR)



Notice of Address change:
Appellant -

Dennis A. Elliott, on Wed. December 05, 2007 was transfered to the Central Violation of Probation Center, P.O. BOX 5003 Smyrna, DE. 19977. Appellant claims to this Honorable Court, this facility is still a holding prison. Even though its classified as a Level IV facility.

He is still deprived of "liberty of freedom" Appellant states to this Court, that hes' not in any V.O.P. and feels this move by P.O.C. is to reduce his access to a

law library. Appellant still has access though the mails. Which is extremely lengthly. Even though the D.C.C. of Smyrna is less then a 1/4 mi from his present holding facility.

Appellant now has a review date of February 14, 2008. As Family Court Records of Delaware will show.

Appellant ask this Court for consideration of Court appointed attorney. And that this Honorable Court request all past documents from Family Court (Del) and transcripts from 2001 until this date; relating to this writ, as tangible evidence of violations of his 5th, 6th, 8th and 14th amend. Rights U.S.C.A.

1:07-cv-744 (SLR)

Respectfully yours
Dennis A. Elliott

CM/ECF LIVE - U.S. District Court:ded    Case 1:07-cv-00744-SLR   Document 3   Filed 12/11/2007   Page 3 of 4   https://ecf.ded.circ3.dcn/cgi-bin/Dispatch.pl?884166146443219

CA 07-744SLR

**Utility Events**

1:07-cv-00744-UNA Elliott v. Family Court of the the State of Delaware et al
HABEAS, PaperDocuments

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 11/28/2007 at 3:51 PM EST and filed on 11/28/2007
**Case Name:**         Elliott v. Family Court of the the State of Delaware et al
**Case Number:**     1:07-cv-744
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb)

**1:07-cv-744 Notice has been electronically mailed to:**

**1:07-cv-744 Notice has been delivered by other means to:**

Dennis A. Elliott
SBI# 120206
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

*NOTICE OF ADDRESS CHANGE:*

*New address is:*

*Dennis A. Elliott - 120-206*
*Pod #2 - 222*
*Central V.O.P. Center*
*P.O. Box 5003*
*Smyrna, DE. 19977*

