IN THE U.S. DISTRICT COURT (SLR)

DISTRICT OF DELAWARE

**FILED**
DEC 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dennis A. Elliott

Appellant, Pro-Se'

v.

Family Court of the
State of Delaware

CASE # 1:07-CV-744 (SLR)

Dennis A. Elliott
2-222   120-206
V.O.P. Central
P.O. Box 5003
Smyrna, Delaware 19977-5003
Dated: 12-09-07

Honorable Judge Sue L. Robinson.

Appellant hereby presents documentation Exhibits A, B, and C. to show evidence that his Family Court sentence is unconstitutional, as outlined in United *States v Dougherty* 10th Cir., 106 F.3d 1514, 1515 (1997). ("See Exhibit B.")

1. Exhibit C - Commitment Order dated November 14th 2007 which was appellants Court hearing date in the Family Court of Delaware at C1 shows a date of commitment of 11/14/07

Pg. 1 of 8

1:07-CV-744   (SLR)

yet as Exhibit B shows at [A.] a start date of November 02, 2007. Which was appellant's arrest date on Fam. Ct. capias return for arrears.

(A) Appellants states this shows this sentence is "internally contradictory" as outlined under 'Dougherty'.

2. As Exhibit A. shows at #4 length- being sentence shows - Y___, M_0_,D_0_, and that this sentence runs 'INDEFINITE' at #1. at Exhibit C fails to specify any type of time frame of sentence;

(A) Appellants states this fails to meet the requirement of Dougherty, omits a term required to be imposed by statue, and is uncertain as to the substance of the sentence. That this is in violation of his 14th Amend right of due Process, and Equal Protection.

1:07-CV-744 (SLR)

This sentence fails to meet the Fifth Amendments requirement of "No person shall be held to answer . . . . , . . . . . or otherwise infamous crime . . . . . . . ; . . . . . , nor be deprived of life, 'liberty' or property, without due process of law; . . . . . . . , without just compensation.

3. Appellant states that nowhere in the language of Del. 13 § Chapter 6 of Uniform Interstate Family Support act does the Delaware General assemble authorize the "Family Court of Delaware to hold in custody for collection of arrears owed to another state." *Emphasis added. Or sentence a person(s) to anyform of committment at level 5 or otherwise.

(A) §13§624 of Un. Inter. State Fam. Support act, Duties and powers of responding tribunal. at B pg. 70 1 thru 12, only at (12) "Grant any other available remedy."

<u>3</u> (2) Appellant states that if the Delaware General Assemble intented to use level 5 custody or level IV for a tool to collect arrears for another state, they would have written into the ~~language~~ language of 13§624 ~~specifying~~ ~~specifically~~ specifiling that intent. *1A Without that specified language, the Family Court of Delaware is holding the Appellant illeagly, in direct violation of his Constitution 5th and 14th amendments and has failed to show under his 6th Amend. Right, "In all criminal prosecutions, the accused shall enjoy the right ......, ... ..., ... ..., by an impartial jury of the ~~State~~ "State" and district wherein the crime shall have been comitted, which district shall have been prevcoiusly ascertained by law; .. ... ... .. ... ... ... ..., and to have the Assistance of Counsel for his defence." A judgement of

Pg 4 of 8      conviction did not authoriz

1:07-cv-744 (SLR

3 (2) Appellant further states that under 13 § 629 - Duties of Division of Child Support Enforcement.

AT (4). Obtain information ............, by such means as postal verification and <u>federal</u> or state locator services.. ........., and examination of governmental records, .......... and social security.

4 Appellant claims that by the Family Courts (use of 13 § 629 AT(4)) at the federal level, and being provided government access to his governmental records, that this Honoral Court of the U.S. District Court has overlaying jurisdiction over the Interstate agreement between Delawa and New Jersery. *1 By use of federal service. 1. that Family Court is under federal law bounding and/or governing the powers of enforcement: from and/or between states: Within Constitutional boundies.

Pg 5 of 8

1:07 cv 744 (SLR)

<u>5</u> Appellant claims to this Court, that his sentence (exhibit (A) at #3) is in violation of his Eighth Amendment.

1. "Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted." 8TH <u>U.S.C.A</u>

(2) By appellants under Condition Comments of Exhibit A, at #3 indictates he has a purged payment of $1000.00. FIve, But his commitment Order (see Exhibit C2) states, "Respondent my purge Him/Herself of this Commitment and be released upon paying $1,000.00 on this account.

Nowwhere within our Eight Amendment Right is there reference to a purge in leiu of bail for release. <u>this nothing short of a ransome for freedom.</u>

<u>6</u> appellant states to this Court that under his sentence he is being held as a debtor, and is being held in nothing short of a <u>debtors prison</u>! Regaurdless of

1:07cv744 (SLR)

how the State court address this issue. That debtors prisons have been not in use since "The British Empire used them on the colonist." until "july 04, 1776." Whereforth our Great Constitution outlawed the use of such acts of tyranny against the people of this country.

7. Appellant states this sentence is in defience of his Equal Protection of the 14th Amendment. And violates his 14th, 5th and 8th amendments.
Per say an indigent person that has not means to pay a purge would be left to sit in custody indefinitely, Compare to a person (s) per say that would have access to such resource. would not.
All people regardless of wealth, race ect, are protected by the Equal Protection clause. 14th amend.

1:07 cv 744 (SLR)

Appellant Humby ask this Court, to review the facts and merits of his support for this Writ of Habeas Corpus. And request this ~~Court~~ Courts opinion on the accusations brought forth on, The Constitution issues, such a sentence ~~arises~~ has brought forth.

Further Appellant ask this Honorable Court to his being Pro Se' at this point. That his "documentation doesn't have to be drafted as that of lawyers" U.S. Supreme Court. I don't have that cite, as since being transferred to this facility I have no immediate access to a law library as appellant did at HRYCI. Perhaps this was why he was transfer!

Dated 12-09-07
Pro Se'

Very Respectfully Submitted
Dennis A. Elliott
Appellant

1:07 cv 744 (SLR)

EXHIBIT A

## Offender Status Sheet

Date: 11/15/2007

| SBI #: | 00120206 | Name: DENNIS A ELLIOTT | | Sex: M | |
|---|---|---|---|---|---|
| Location(s): HRYCI,RSTN | | Level(s): 1R,4 | Race: WHITE | DOB: 12/18/1954 | Sex Offender: [ ] |
| AKA: | DENNIS PICALL; DENNIS A ELLIOTT | | | | |
| Offender Type: | Sentenced, Sentenced Probationer | | Officer(s): Rstn (Do56) Rest, Restitution Virt(63) | | |

**Level: 4**

Start Date: 11/14/2007   MED:   STRD:   ADJ:   PED:   Statutory Days Earned:

| CASE#/ Court/Type | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Length Y/M/D | Start Dt | MED | STRD | Adj Date | CR | Wk |
|---|---|---|---|---|---|---|---|---|---|---|
| 0709025188 U1 | 0709025188 Martha F Sackovich | SUPPORT ARREARS Indefinite   11/14/2007 | Current 11/14/2007 | 0  0 | 11/14/2007 | | | | | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| 0709025188 | 4 | CRT1 | Other Conditions: | COMMITTED TO LEVEL 4 FULL TIME WORK RELEASE TO BE HELD AT LEVEL 5. SENTENCE MAY BE PURGED OF COMMITMENT UPON PAYING $1000.00 FINE. DHB |

#1   #4   #2   #3 / #1

As indicated at #1 sentence is without end. at #3 has no term as #4 shows appellant is serving not a single day of time, But is being held in custody.

1:07 cv 744

EXHIBIT B

## Offender Status Sheet

Date: 11/09/2007

| SBI #: | 00120206 | Name: | DENNIS A ELLIOTT | | Sex: M | |
|---|---|---|---|---|---|---|
| Location(s): | HRYCI,RSTN | Level(s): | 1R,0 | Race: WHITE | DOB: 12/18/1954 | Sex Offender: [ ] |
| AKA: | DENNIS PICALL; DENNIS A ELLIOTT | | | | | |
| Offender Type: | Detentioner, Sentenced Probationer | | | Officer(s): Rstn (Do56) Rest, Restitution Virt(63) | | |

### Detentioner Charge(s)

| Start Date | CASE# | CRA# | Description | Active | Court | Judge | Bail Amount |
|---|---|---|---|---|---|---|---|
| 11/02/2007 | DACS00004 | 0709025188 | FAM.CRT CAPIAS | Y | U1 | Unknown Unknown | $1,000.00 cash |

As Exhibit A clearly shows, Per sentencing at #3: A sentence is also illegal if it "is ambigous with respect to the time and maner in which it is to be served, is internally contradictory, omits a term required to be imposed by statue, is uncertain as to the substance of the sentence, or is a sentence which the judgment of conviction did not authorize." United States v Dougherty 10th Cir, 106 F.3d 1514, 1515 (1997)

As Exhibit B shows his start date as 11/02/07, AT (A.) but at Exhibit C¹ shows his Date of Commitment as 11/14/07, this is contradictory internally. Omits a term, is uncertain as to the substance,

# THE FAMILY COURT OF THE STATE OF DELAWARE
## IN AND FOR THE COUNTY OF NEW CASTLE

### COMMITMENT ORDER — CHILD SUPPORT

| PETITIONER | RESPONDENT | | |
|---|---|---|---|
| Deborah Elliott / DCSE | Dennis Elliott | | FILE NUMBER |
| ADDRESS | ADDRESS: 113 Lindburg Ave, Wilm DE 19804 / Howard Young Correctional, Wilm DE 19801 | | A-8200 |
| | | | PETITION NUMBER(S) 07-10224 |
| ATTORNEY: DAG Bernadette Plaza | ATTORNEY: Timothy Terranova, Esq. | SBI # 00120266 | NATURE OF CHARGE: SUPPORT ARREA |
| SOCIAL SECURITY # — — DOB / / | SOCIAL SECURITY # — — | DOB 12/18/54 | DCSE NUMBER 156175 |

## TO: DEPARTMENT OF CORRECTION

RESPONDENT IS HEREBY COMMITTED TO THE CUSTODY OF THE DEPARTMENT OF CORRECTION AT:

[X] LEVEL IV FULL-TIME, WORK RELEASE, TO BE HELD AT [X] LEVEL V  [ ] LEVEL III*  UNTIL SPACE IS AVAILABLE.

RESPONDENT MAY BE TRANSFERRED TO LEVEL IV WEEKEND STATUS AT THE DISCRETION OF THE DEPARTMENT OF CORRECTION AFTER MEETING THE REQUIREMENT OF 60 DAYS CONTINUOUS EMPLOYMENT.

[ ] WEEKEND CONFINEMENT  [ ] LEVEL IV PLUMMER CENTER  [ ] LEVEL V GANDER HILL  FROM 6:00 PM FRIDAY UNTIL 6:00 PM SUNDAY.

* FOR LEVEL III, RESPONDENT IS TO REPORT TO PLUMMER CENTER FOR INTAKE WITHIN 72 HOURS.

INTENTIONAL FAILURE TO COMPLY WITH THE COURT ORDER OR CONDITIONS SET BY THE DEPARTMENT OF CORRECTIONS MAY RESULT IN PLACEMENT IN LEVEL V CUSTODY PENDING FURTHER ACTION.

C-1

| DATE OF COMMITMENT | 11/14/07 |
|---|---|
| COMMITMENT TO COMMENCE | 11/14/07 |
| REVIEW DATE | 2/14/08 at 1:00 PM |
| REASON FOR COMMITMENT | SUPPORT ARREARS |

[ ] OTHER

*Arrears owed to another State (New Jersey) original ~~state~~ date of order (1980)*

C-2 RESPONDENT MAY PURGE HIM/HERSELF OF THIS COMMITMENT AND BE RELEASED UPON PAYING $ 1000.00 ON THIS ACCOUNT. PAYMENTS MUST BE MADE TO DCSE, PO BOX 904, NEW CASTLE, DE 19720, AND THEN DOCUMENTED TO THE COURT.

November 14th, 2007
DATE

Martha F. Sackovich
COMMISSIONER MARTHA F SACKOVICH

FAX TO: Howard Young & Plummer Center

CC: [X] FILE [X] PARTIES [X] DCSE OPER. [X] DCSE ATTORNEY [X] PLUMMER CENTER [X] GANDER HILL [ ] DCC [ ] BWCI [ ] _____



I/M Dennis A. Elliot
SBI# 160206 UNIT 2 #222
CENTRAL VIOLATION CENTER
P.O. BOX 5003
SMYRNA, DELAWARE 19977-5003

Office of the Clerk
United States District Ct.
844 N. King Street-Lockbox 18
Wilmington Del. 19801-3570