**Utility Events**

1:07-cv-00744-UNA Elliott v. Family Court of the the State of Delaware et al

HABEAS, PaperDocuments

**U.S. District Court**

**District of Delaware**

**Notice of Electronic Filing**

FILED
DEC 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

The following transaction was entered on 11/28/2007 at 3:51 PM EST and filed on 11/28/2007
Case Name:      Elliott v. Family Court of the the State of Delaware et al
Case Number:    1:07-cv-744
Filer:
Document Number: No document attached

**Docket Text:**
Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb)

**1:07-cv-744 Notice has been electronically mailed to:**

**1:07-cv-744 Notice has been delivered by other means to:**

Dennis A. Elliott
SBI# 120206
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

Appellant ask the Court clerk to send a copy (ies) of any response from the District Court in reference to 1:07-CU-00744-UNA Elliott v Family Court of the State of Delaware, To 113 Lindberg Ave, Wilm, DE. 19804, as well To, Dennis A. Elliott, Central V.O.P center, P.O. Box 5003, Smywra, Delaware 19977-5003 Reason: #1 In case appellant is Transfer again.