IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DENNIS A. ELLIOTT, )
)
      Petitioner, )
)
v. ) Civil Action No. 07-744-SLR
)
FAMILY COURT OF )
DELAWARE, and ATTORNEY )
GENERAL OF THE STATE )
OF DELAWARE, Binaco )
Warden, SVOP Center )
      Respondents. )

**AEDPA ELECTION FORM**



FILED
JAN 02 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD scanned

1. _D.A.E._    I wish the court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____    I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____    I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____    I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

*Dennis A. Elliott*
Petitioner

12-25-07



U.S.M.S. X-RAY

Office of the Clerk
United States District Court
844 W. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

Dennis A. Elliott
SBI# 120206
Central Violation of Probation
P.O. Box 5003
Smyrna, DE 19977

OFFICIAL BUSINESS