D.I. # _____

# CIVIL ACTION
# NUMBER: 07CV744 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Article number: 7005 1820 0004 3169 6664

| | |
|---|---|
| 07-744 SLR Postage | $ 1.65 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.45 |

Postmark Here

Sent To: LOREN MEYERS, DEPUTY ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.: DEPARTMENT OF JUSTICE, 820 N. FRENCH STREET
City, State, ZIP+4: WILMINGTON, DE 19801

PS Form 3800, June 2002          See Reverse for Instructions