D.I. #_____

# CIVIL ACTION NUMBER: 07CV744 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

07-744 SLR

| | |
|---|---|
| Postage | $ 1.65 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.45 |

Postmark Here

Sent To: Warden Vincent Bianco CVOP
Street, Apt. No.; or PO Box No. P.O. Box 5003
City, State, ZIP+4 Smyrna, DE 19977

PS Form 3800, June 2002       See Reverse for Instructions

7005 1820 0004 3169 6596