ss



FILED
JAN 1 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

United States District Court
For the District of Delaware

Acknowledgement of Service Form scanned
For Service By Return Receipt

Civil Action No. 07CV744-SLR

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) DAVID MCDONALD   C. Date of Delivery 1-11-08 |
| 1. Article Addressed to:<br>**Warden Vincent Bianco**<br>**CVOP**<br>**P.O. Box 5003**<br>**Smyrna, DE 19977** | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0004 3169 6596 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540