1:07-CV-744 SLR
12-14-07

Clerk of Court
Peter T. Dalleo:

FILED
JAN 17 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Please forward this lost (BD scratched) package of my statement of facts and argument to the District Court (SLR) and have the Court to proceed with its ruling on the merits of my petition. I have filled out and mailed my AEDPA acknowledgement to you.

As outlinned in all forwarded brief and statements of fact. Now ~~clam~~ I conclude the end of my petition, and wish for the Court to proceed with this petition a request quartten opinion on each challenge.

Respectfully Submitted

OVER,

Dennis A. Elliott
C-1108 Center

Please note, I've been trying to get this to the court since 12-14-07 — EACH TIME RETURNED FOR POSTAGE, LEGAL MAIL, REGARDLESS OF POSTAGE HAS TO be sent out. Whatever the problem is I don't know. I'am sending this in two parts, together ~~separate~~ envelopes. Please notify the court, this is not the fault of the appellant