1:07-cv-00744-SLR                    Cover Page

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

"Notice of Amended Application"

| | |
|---|---|
| Dennis A. Elliott § | |
| § | |
| v   Petitioner / Appellant § | CIVIL ACTION NO. |
| § | 07-744-SLR |
| Family Court of Delaware § | |
| Beau Biden III, Attorney § | |
| General of State of Delaware § | |
| Earl Danburg, Commiss- § | |
| ioner of Corrections State § | |
| of Delaware Bianco, § | |
| Warden, Central § | |
| V.O.P. Center, Smyrna, Del § | |
| Respondents, § | |

FILED
JAN 17 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP scanned

NOW HERE COMES, Dennis A. Elliott given notice of petition for a writ of habeas corpus in U.S. District Court, for the District of Delaware upon the above named Respondents.

1. original filing facts
2. Documentation of facts / Dated 12-09-07
3. Conclusion of facts Dated 12-14-07
   End of petition.

Dennis A. Elliott Pro-Se'
12-14-07

1:07-CV-744 (SLR)
12-14-07

Appellant brings forth the conclusion of facts to support his petition of Writ of Heppas Corpus,

I. Appellants claims that his repeated court appearences ~~appearences~~ over the past 20 yr, for these same arrears, by not conforming to any authorized limits, violates the double jeoperdy clause, 5th U.S.C.A. <u>Brittingham v State</u> 705 A.2d 577 (Del. 1998)

II That his sentence is based upon material misapprehension of fact which places the matter in a "dramitically different light" is Constitutional defective. <u>Baily v State</u> 459 A.2d 531 (Del. 1983)

III Appellant claims that his sentence is in violation of Delawares own Supreme Court ruling in "<u>Gamble v State</u>" supr 728 A.2d 1171 1172 (1999) where that Honorable court ruled its opinion, "<u>Level 5 Service Requires level 5 credit.</u>

Page 1 of 3

Appellant states that his sentence does not any such allowence as required under "Gamble" and further states that the family Court of Delaware is violating its own Supreme Court ruling, with such a sentence.

(1) As where other inmates with similar sentences enjoy time credit on their sentences under Gamble, appellant cannot, as for his sentence has no fixed time limit to applied such credit. In violation a his 14th Amend. Equal protection Clause U.S.C.A.

IV Under Delawares goodtime credit as provided by 11 Del. C §4381 (B)(2) and support by Delawares Sentac Statement of Policy #30.

(1) That his sentence excludes him from these time received credit allowence afforded other inmates depriving him Equal Protection, 14th USCA By having an indefinite sentence with no time frames (Sentenced)

Page 2 of 3

IV                                 12-14-07,              1:07-cv-744 (SLR)

(2) Appellant claims that his level IV portion of his sentence as stated within Sentac Policy #30 Del...... individual sentence to level IV (any variation) who must serve a term at level V awaiting placement a level IV shall during time served...... Level 5 be awarded goodtime pursuant to 11 Del S 4381 (B)(2).

(3) Appellant states this is clearly a violation of his Equal Protection of the 14th amend. as others (with sentence timeframes) enjoy these credits, his sentence doesn't allow them as required, allowed.

(4) Thus by being denied any variation for time reduction thru credits, that a indefinite sentence stops the due process a violation of his 14th amend due process.

Humbly this concludes appellants grounds and arguments for this petition of Writ of Hepeas Corpus. Please proceed with your ruling on this sentence                    Respectfully yours



IM Jervis A. Ellis
SBI# 126-206  UNIT L-22
CENTRAL VIOLATION CENTER
P.O. BOX 5003
SMYRNA, DELAWARE 19977-5003

United States District Ct.
844 N. King Street, Lockbox 18
Wilm, Del. 19801-3570

1:07-WO2-DWW