IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS A. ELLIOTT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-744-SLR |
| ) | |
| VINCE BIANCO, Warden, ) | |
| and ATTORNEY GENERAL OF ) | |
| THE STATE OF DELAWARE, ) | |
| ) | |
| Respondents. ) | |

## SUPPLEMENTAL ORDER

At Wilmington this 28th day of January, 2008;

IT IS HEREBY ORDERED that:

1. Within **forty-five (45)** days of receipt of this order, respondents shall file an answer addressing any new claims raised in petitioner Elliott's amended habeas petition. (D.I. 14.). Respondents' answer shall be in accordance with the instructions included in the court's prior order dated January 8, 2008. See (D.I. 8)

2. The clerk of the court is directed to serve by certified mail a copy of petitioner's amended petition and this order upon: (1) the above-named Warden of the facility in which petitioner is housed; and (2) the Attorney General of the State of Delaware.

3. The clerk of the court is directed to mail of copy of this order to the petitioner.

                                                             *[signature]*
                                           UNITED STATES DISTRICT JUDGE