Jan. 26, 08

1:07cv744 (SLR)

Elliott vs Family Court
State of Delaware
Attorney General - B. Biden
Warden: Phillip Morgan  Respondents:

FILED
JAN 30 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Change of address, as appellant has been transferred again: On January 23, 2008, appellant was transferred from C-VOP Center, P.O.Box 5003, Smyrna, Del. to the Webb Correctional Center, 200 Greenbank Rd, Wilm. Del. 19808.

Appellant now address the court of change of warden from Bince, to the Warden of Webb as being (Phillip Morgan Warden)

Notice of change of application, to Philph Morgan as Warden, now has charge of appellant.

Appellant is still being held against will, and seeks the federal courts ruling on his Writ of Habeas Corpus.

Respectfully Submitted
Dennis A. Elliott
Webb Corr. Center
200 Greenbank Rd.

1:07cv 744 (SLR)

I/M Dennis Elliott
SBI# 120306 UNIT 2 FL-F

Watt Correctional Center
Greentrunk Rd.
Wilm. Del. 19805

1:07 cv 0744 (SLR)

WILMINGTON DE 197
20 JAN 2008 PM 2 L

Clerk of the Court
U.S. District Court / Lockbox 18
Boggs Federal Bldg.
844 King Street
Wilm. DE 19801-3570

LEGAL MAIL