D.I. # _____

# CIVIL ACTION
# NUMBER: _____07CV 744 SLR_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

                OFFICIAL  USE

Postage                    $  .58
Certified Fee                 2.65
Return Receipt Fee            2.15
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees       $ 5.38

Sent To     LOREN MEYERS
            DEPUTY ATTORNEY GENERAL
Street, Apt. No.;  DEPARTMENT OF JUSTICE
or PO Box No.      820 N. FRENCH STREET
City, State, ZIP+4 WILMINGTON, DE  19801

PS Form 3800, August 2006        See Reverse for Instructions
```

7007 0710 0003 9056 7369

D.I. #_____

# CIVIL ACTION NUMBER: 07 CV 744 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .58 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.38 |

Sent To: Warden Vincent Bianco
Street, Apt. No.; or PO Box No.: CVOP
City, State, ZIP+4: P.O. Box 5003

Article Number: 7007 0710 0003 9056 7376

PS Form 3800, August 2006    See Reverse for Instructions