United States District Court
For the District of Delaware



SS

FILED

FEB - 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Acknowledgement of Service Form Scanned
## For Service By Return Receipt

Civil Action No. 07CV 744-SLR

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

SLR-07-744

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>LOREN MEYERS<br>DEPUTY ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>820 N. FRENCH STREET<br>WILMINGTON, DE 19801 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:     ☐ No<br><br>FEB 01 2008<br><br>3. Service Type<br>   ☑ Certified Mail   ☐ Express Mail<br>   ☐ Registered      ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7007 0710 0003 9056 7369 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540