United States District Court
For the District of Delaware

**FILED**
FEB. - 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Acknowledgement of Service Form
## For Service By Return Receipt

scanned

Civil Action No. 07CV744-SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

07-744-SLR

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Sgt. Dash    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Sgt. D'Aniello |
| 1. Article Addressed to:<br><br>**Warden Vincent Bianco**<br>**CVOP**<br>**P.O. Box 5003**<br>**Smyrna, DE 19977** | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 0710 0003 9056 7376 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

• Sender: Please print your name, address, and ZIP+4 in this box •

PETER T. DALLEO, CLERK
UNITED STATES DISTRICT COURT
844 KING STREET, LOCKBOX 18
WILMINGTON, DE 19801

UNITED STATES POSTAL SERVICE
WILMINGTON DE

01 FEB 2008 PM 2

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10