# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS A. ELLIOTT, | ) |
| | ) |
|   Petitioner, | ) |
| | ) |
|   v. | )   C.A. No. 07-744-SLR |
| | ) |
| FAMILY COURT OF | ) |
| DELAWARE, et al., | ) |
| | ) |
|   Respondents. | ) |

## NOTICE OF FILING OF STATE COURT RECORDS

Respondents hereby submit copies of the following state court records:

a.  Order, *In re Elliott*, No. 645, 2007 (Del. Jan. 8, 2008).

b.  Docket, *Elliott v. State*, C.A. No. 07M-12-079 (Del. Super. Ct.).

c.  DCSE account statement, Dennis A. Elliott, DCSE No. 156175.

d.  Order, *DCSE/Elliott v. Elliott*, File No. A-8200 (Del. Fam. Ct. Feb. 14, 2008).

e.  Motion for appointment of counsel, *DCSE/Elliott v. Elliott*, File No. A-8200, dated Nov. 8, 2007.

f.  Bail/Detention order, *DCSE/Elliott v. Elliott*, File No. A-8200 (Del. Fam. Ct. Nov 2, 2007).

g.  Order, *DCSE/Elliott v. Elliott*, File No. A-8200 (Del. Fam. Ct. Nov. 14, 2007).

h.  Letter from DOC to Family Court re: Elliott's failure to appear at work release, dated September 14, 2007.

i.  Order, *DCSE/Elliott v. Elliott*, File No. A-8200 (Del. Fam. Ct. Aug. 23, 2007).

j.  Order appointing counsel, *DCSE/Elliott v. Elliott*, File No. A-8200 (Del. Fam. Ct. Aug. 22, 2007).

k.  Detention/Bail Order, *DCSE/Elliott v. Elliott*, File No. A-8200 (Del. Fam. Ct. July 27, 2007).

l.  Order, *DCSE/Elliott v. Elliott*, File No. A-8200 (Del. Fam. Ct. Aug. 13, 2007).

m. Capias Order, *DCSE/Elliott v. Elliott*, File No. A-8200 (Del. Fam. Ct. May 16, 2007).

n.  Petition for Support Arrears/Contempt, *DCSE/Elliott v. Elliott*, File No. A-8200, filed Mar. 27, 2007.

o.  Order, *DCSE/Elliott v. Elliott*, File No. A-8200 (Del. Fam. Ct. Oct. 19, 2006).

p.  Detention/Bail Order, *DCSE/Elliott v. Elliott*, File No. A-8200 (Del. Fam. Ct. Sept. 21, 2006).

q.  Civil Release Order, *DCSE/Elliott v. Elliott*, File No. A-8200 (Del. Fam. Ct. Oct. 10, 2006).

r.  Motion for appointment of counsel, *DCSE/Elliott v. Elliott*, File No. A-8200, dated Oct. 1, 2006.

s.  Capias Order, *DCSE/Elliott v. Elliott*, File No. A-8200 (Del. Fam. Ct. Dec. 8, 2005).

t.  Petition for Support Arrears/Contempt, *DCSE/Elliott v. Elliott*, File No. A-8200, filed Aug. 29, 2005.

u.  Stipulation of Dismissal, *DCSE/Elliott v. Elliott*, File No. A-8200, filed Nov. 19, 2003.

v.  Order appointing counsel, *DCSE/Elliott v. Elliott*, File No. A-8200 (Del. Fam. Ct. June 3, 2003).

w.  Order re: scheduling, *DCSE/Elliott v. Elliott*, File No. A-8200 (Del. Fam. Ct. July 10, 2003).

x.   Motion for appointment of counsel, *DCSE/Elliott v. Elliott*, File No. A-8200, dated June 3, 2003.

y.   Petition for Support Arrears/Contempt, *DCSE/Elliott v. Elliott*, File No. A-8200, filed Apr. 21, 2003.

z.   Order re: dismissal of modification petition, *DCSE/Elliott v. Elliott*, File No. A-8200 (Del. Fam. Ct. Apr. 2, 2003).

aa.  Petition for support modification, *DCSE/Elliott v. Elliott*, File No. A-8200, filed 2003.

bb.  Petition for support modification and Order, *DCSE/Elliott v. Elliott*, File No. A-8200 (Del. Fam. Ct. Aug. 13, 2002).

cc.  Motion for appointment of counsel, *DCSE/Elliott v. Elliott*, File No. A-8200.

dd.  Order, *DCSE/Elliott v. Elliott*, File No. A-8200 (Del. Fam. Ct. July 9, 2002).

ee.  Civil Release Order, *DCSE/Elliott v. Elliott*, File No. A-8200 (Del. Fam. Ct. July 9, 2002).

ff.  Detention/Bail Order, *DCSE/Elliott v. Elliott*, File No. A-8200 (Del. Fam. Ct. June 18, 2002).

gg.  Capias Order, *DCSE/Elliott v. Elliott*, File No. A-8200 (Del. Fam. Ct. Mar. 26, 2002).

hh.  Petition for Support Arrears/Contempt, *DCSE/Elliott v. Elliott*, File No. A-8200, filed Jan. 31, 2002.

ii.  Order, *DCSE/Elliott v. Elliott*, File No. A-8200 (Del. Fam. Ct. Aug. 9, 2001).

jj.  Detention/Bail Order, *DCSE/Elliott v. Elliott*, File No. A-8200 (Del. Fam. Ct. July 23, 2001).

kk.  Wage attachment, *DCSE/Elliott v. Elliott*, File No. A-8200, dated Dec. 17, 1998.

|  |  |
|---|---|
|  | STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE |
|  | /s/ Gregory E. Smith<br>Gregory E. Smith, I.D. No. 3869<br>Deputy Attorney General<br>820 North French Street, 7th Floor<br>Carvel State Building<br>Wilmington, Delaware  19801 |
| Dated: March 13, 2008 | (302) 577-8398 |

**CERTIFICATION OF SERVICE**

The undersigned certifies that on March 13, 2008, he electronically filed the attached *Notice of filing of State Court Records* with the Clerk of Court using CM/ECF. The undersigned further certifies that on March 13, 2008 that he mailed by United States Postal Service the document(s) to the following non-registered participant:

Dennis A. Elliott
424 Old Airport Road
New Castle, Delaware 19720

                              STATE OF DELAWARE
                              DEPARTMENT OF JUSTICE

                              /s/ Gregory E. Smith
                              Gregory E. Smith, ID # 3869
                              Deputy Attorney General
                              820 North French Street, 7th Floor
                              Carvel State Building
                              Wilmington, Delaware 19801
                              (302) 577-8398