IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS A. ELLIOTT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. No. 07-744-SLR |
| | ) |
| FAMILY COURT OF | ) |
| DELAWARE, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

For the reasons set forth in the memorandum opinion issued this date, IT IS

HEREBY ORDERED that:

1. Petitioner Dennis A. Elliott's application for a writ of habeas corpus pursuant

to 28 U.S.C. § 2254 is DISMISSED WITHOUT PREJUDICE. (D.I. 1; D.I. 4; D.I. 14)

2. The court declines to issue a certificate of appealability. See 28 U.S.C. §

2253(c)(2).

Dated: August    11   , 2008

UNITED STATES DISTRICT JUDGE